## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:                                          Case No.    21-25901-gmh
     Michael G Hull

                                    Chapter:    11
                           Debtor(s).

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 2002 and 9010, the undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the above-captioned matter on behalf of Associated Bank, N.A., and/or its assigns, a creditor herein, and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case, including those in adversary proceedings, be sent to them at the following address:

**Codilis, Moody & Circelli, P.C.**
15W030 North Frontage Road, Suite 200
Burr Ridge, IL 60527

Dated November 29, 2021.

By: /s/ Rachael A. Stokas

     Shawn R. Hillmann, WI Bar No. 1037005
     Rachael A. Stokas, MO Bar No. 61282
     Peter C. Bastianen, IL Bar No. 6244346
     Matthew Comella, WI Bar No. 1096303
     Joel P. Fonferko, IL Bar No. 6276490
     Codi C. Gratz, WI Bar No. 1086257
     Rachael.Stokas@il.cslegal.com
     **Codilis, Moody & Circelli, P.C.**
     15W030 North Frontage Road, Suite 200
     Burr Ridge, IL 60527
     (414) 775-7700 Phone
     (630) 654-9946 Fax
     **File #50-21-00747**

NOTE: This law firm is a debt collector.