Local Form 1007

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re                                                Chapter

                                                      Case No.

               Debtor(s).

## PAYMENT ADVICE COVER SHEET

*Please check the appropriate box*

**For Debtor:**

Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)
No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).
No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain).

**For Joint Debtor, if applicable:**

Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)
No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).
No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain).

Dated:_____      _____
                                                    Attorney for Debtor
                                                    or Debtor if not represented by an attorney

                                                    _____
                                                    Joint Debtor if not represented by an attorney