Fill in this information to identify the case

Debtor 1  MICHAEL G HULL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN    District of WISCONSIN (State)

Case number  21-25901

FILED-MAIL 2022 OCT 11 PM 2:38

## Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy rule 3002.1.

Name of creditor: ASSOCIATED BANK NA          Court claim no. (if known): 09

Last 4 digits of any number you use to
identify the debtor's account:   4182

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No
☒ Yes. Date of the last notice: 05/02/22

### Part 1: Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $0.00 |
| 3. Attorney fees | | (3) $0.00 |
| 4. Filing fees and court costs | | (4) $0.00 |
| 5. Bankruptcy/Proof of claim fees | 060922 000000 000000 000000 | (5) $300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $0.00 |
| 7. Property inspection fees | 042922 053122 063022 000000 | (7) $47.85 |
| 8. Tax advances (non-escrow) | | (8) $0.00 |
| 9. Insurance advances (non-escrow) | | (9) $0.00 |

Official Form 410S2      Notice of Postpetition Mortgage, Fees, Expenses and Charges      page 1

| | |
|---|---|
| 10 Property preservation expenses. Specify: | (10) $0.00 |
| 11. Other. Specify: | (11) $0.00 |
| 12. Other. Specify: | (12) $0.00 |
| 13. Other. Specify: | (13) $0.00 |
| 14. Other. Specify: | (14) $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   MICHAEL G HULL
           First Name   Middle Name   Last Name

Case number (*if known*)   21-25901

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X *Melinda Wolle*
   Signature

Date 10 / 05 / 2022

Print: MELINDA WOLLE
       First Name   Middle Name   Last Name

Title: DEFAULT SERVICES TECHNICIAN

Company: ASSOCIATED BANK N.A.

Address: 1305 MAIN STREET
         Number   Street

         STEVENS POINT, WI 54481
         City   State   Zip Code

Contact phone   800-337-4641

Email N/A

Official Form 410S2   Notice of Postpetition Mortgage, Fees, Expenses and Charges   page 2



1305 Main St.
Stevens Point, WI 54481
800-337-4641 PHONE
715-345-4578 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing <u>Notice of Mortgage Post-Petition Fees, Expenses, and Charges,</u> was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on <u>October 5, 2022.</u>

    *Michael G. Hull*
    *N76 W36207 Saddlebrook Lane*
    *Oconomowoc, WI 53066*


    *Jerome R. Kerkman*
    *Kerkman & Dunn*
    *839 North Jefferson Street*
    *Milwaukee, WI 53202*


    *Laura D. Steele*
    *Office of the U.S. Trustee*
    *517 East Wisconsin Ave. Room 430*
    *Milwaukee, WI 53202*


    *Clerk of the Bankruptcy Court*
    *517 East Wisconsin Avenue, Roome 430*
    *Milwaukee, WI 53202*


                                                By: *Melinda Wolle*
                                                      Melinda Wolle for Associated Bank

IF YOU ARE NOT OBLIGATED ON THE DEBT OR IF THE DEBT HAS BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING, THIS IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO ASSESS OR COLLECT THE DEBT FROM YOU PERSONALLY.

Equal Housing Lender and Equal Opportunity Lender. Member FDIC and Associated Banc-Corp



1305 Main St.
Stevens Point, WI 54481
800-337-4641 PHONE
715-345-4578 FAX

October 5, 2022

Clerk of the Bankruptcy Court
517 East Wisconsin Avenue, Roome 430
Milwaukee, WI 53202

*RECEIVED OCT 11 2022 — United States Bankruptcy Court Mail*

Re: Michael G. Hull
Case #21-25901
Loan #4182

Please find enclosed a notice of post-petition fees, expenses, and charges for the above-referenced mortgage loan with Associated Bank. Please file the notice and supporting documents as a supplement to claim #9. Please do not hesitate to contact me with any questions or concerns.

Sincerely,

Melinda Wolle
Default Services Coordinator
Phone: 1-800-337-4641 Ext 3809
Fax: 715-345-4578

Cc: Debtor, Debtor Attorney, Trustee, Bankruptcy Court, File

IF YOU ARE NOT OBLIGATED ON THE DEBT OR IF THE DEBT HAS BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING, THIS IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO ASSESS OR COLLECT THE DEBT FROM YOU PERSONALLY.

Equal Housing Lender and Equal Opportunity Lender. Member FDIC and Associated Banc-Corp