**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**In re:**

    **Michael G. Hull,**                   **Case No. 21-25901-gmh**
                                             **Chapter 11 Proceedings**

---

**NOTICE OF NO OBJECTION BEING FILED TO MOTIONS TO DISMISS**

---

The Debtor will not be objecting to the motions to dismiss this chapter 11 case filed by

Erick Hallick or the United States Trustee.

    Dated: August 6, 2024.

                                      */s/ Jerome R. Kerkman*
                                      Jerome R. Kerkman
                                      Kerkman & Dunn

                                      Attorneys for the Debtor

Contact Information:

839 N. Jefferson St., Ste. 400
Phone: 414.277.8200
Facsimile: 414.277.8200
Email: jkerkman@kerkmandunn.com