So Ordered.

Dated: August 7, 2024



G. Michael Halfenger  
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Michael G. Hull,                          Case No. 21-25901-gmh

Debtor.                               Chapter 11

**ORDER DISMISSING CASE**

On March 18, 2024, the court denied motions to dismiss Michael Hull's chapter 11 bankruptcy case and ordered Hull to "file a final amended chapter 11 plan and a final disclosure statement" "[w]ithin 21 days from the date the court enters an order converting or dismissing [Greenpoint Asset Management II LLC's] bankruptcy case." Case No. 21-25900, ECF No. 566, at 25. The order also required Hull to correct past monthly operating reports and timely file subsequent ones as a condition of continuation of the case. *Id.* at 24–25. The order dismissing Greenpoint Asset Management II LLC's case was entered on June 21, 2024, so Hull was required to file a final amended plan and disclosure statement by July 12, 2024. Case No. 21-25900, ECF

No. 630.

After Hull failed to file a final amended chapter 11 plan or disclosure statement by that deadline, Erick Hallick filed a motion to dismiss for failure to comply with the March 18 order. ECF No. 67. The United States trustee has also requested dismissal, adding that Hull has not filed the June monthly operating report as required by the order. ECF Nos. 68 & 73. On August 6, 2024, Hull filed a notice that he does not oppose dismissal. ECF No. 74.

Hull's failure to timely comply with the March 18, 2024 order constitutes cause to dismiss this case under 11 U.S.C. §1112(b)(1) and (b)(4)(E).

Therefore, this case is dismissed.

# # # # #